# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Santander Bank, N.A., | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:17-cv-01669 |
| Branch Banking and Trust Company, | ) |
| | ) |
| **Defendant(s)/** | ) |
| **Third-Party Plaintiff(s),** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **Third-Party Defendant(s).** | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, William L. Hallam,
(type of party)
who is attorney for defendant, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Truist Financial Corporation
200 West Second Street
Winston-Salem, NC 27101
Effective December 6, 2019, SunTrust Banks, Inc., a Georgina corporation, merged into BB&T Corporation, a North Carolina corporation. Effective December 7, 2019, SunTrust Bank Holding Company, a Florida corporation also merged into BB&T Corporation. On December 7, 2019, BB&T Corporation changed its name to Truist Financial Corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

Truist Financial Corporation
200 West Second Street
Winston-Salem, NC 27101

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ William L. Hallam
Signature of Counsel for Party

Date: December 9, 2019