# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | : | Civil No. 1:17-CV-01669 |
| Plaintiff, | : | |
| v. | : | |
| BRANCH BANKING & TRUST CO., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of January, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that the Defendant's motion for summary judgment (Doc. 46) is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
